ON PETITION FOR PANEL REHEARING AND REHEARING EN BANC
PER CURIAM.
ORDER
A combined petition for panel rehearing and rehearing en banc was filed by DefendanNAppellant, and a response thereto was invited by the court and filed by Plaintiff-Appellee. The court granted leave to Defendant-Appellant to file a reply.
The court also granted leave to file briefs amici curiae to Pharmaceutical Research and Manufacturers of America, Biotechnology Industry Organization, Washington Legal Foundation, and Teva Parenteral Medicines, Inc. (f/k/a SICOR Pharmaceuticals, Inc.), et al. Appellant filed a motion for leave to file a reply to the brief amici curiae filed by Teva Parenteral Medicines, Inc., et al.
The petition for panel rehearing was considered by the panel that heard the appeal, and thereafter the petition for rehearing en banc, response, reply, and briefs amici curiae (and Appellant’s reply thereto) were referred to the circuit judges who are authorized to request a poll on whether to rehear the appeal en banc. A poll was requested, taken, and failed.
*721 Upon consideration thereof,
It Is ORBeeed That:
(1) Appellant’s motion for leave to file a reply to the brief amici curiae submitted by Teva Parenteral Medicines, Inc., et al. is granted.
(2) The petition of Defendant-Appellant for panel rehearing is denied.
(3) The petition of Defendant-Appellant for rehearing en banc is denied.
(4) The mandate of the court will issue on November 8, 2010.
ON PETITION FOR REHEARING EN BANC